UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ 08755
Ph. (732) 341-3800
bktrustee@straffilaw.com

In Re:
Flexfill LLC

Case No.: 26-15395
Judge: EJO
Chapter: 7

**APPLICATION FOR RETENTION OF PROFESSIONAL**

1. The applicant, Daniel E. Straffi, Trustee, is the (check all that apply):

☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of ______________________

2. The applicant seeks to retain the following professional Dilworth Paxson LLP to serve as (check all that apply):

☐ Attorney for: ☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ______________________

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of ______________________

☒ Other Professional:

☐ Realtor ☐ Appraiser ☒ Special Counsel

☐ Auctioneer ☐ Other (specify): ______________________

3. The employment of the professional is necessary because:
To represent Daniel E. Straffi, Chapter 7 Trustee (the "Trustee") in connection with, among other things, with claims, causes of action, adversary proceedings and/or other adversarial matters that are being, and/or may be, pursued by the Trustee in connection w

4. The professional has been selected because:
The firm and the responsible attorney has expertise in litigation and bankruptcy matters.

5. The professional services to be rendered are as follows:
All legal services necessary to represent the estate in the pursuit of the litigation and other matters referred to in Par. 3 hereof.

6. The proposed arrangement for compensation is as follows:
See attached certification of proposed special counsel for fee arrangement.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: ______________________

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: N/A

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 8/11/26

/s/ Daniel E. Straffi
Signature of Applicant

*rev.8/1/15*