| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**DILWORTH PAXSON LLP**<br>Scott J. Freedman<br>457 Haddonfield Road, Suite 700<br>Cherry Hill, New Jersey 08002<br>Telephone: (856) 675-1962<br>Facsimile: (856) 249-5098<br>sfreedman@dilworthlaw.com<br><br>*Proposed Special Counsel to Daniel E. Straffi, Chapter 7 Trustee* | Case No. 26-15395 (EJO) |
| In re:<br><br>FLEXFILL, LLC,<br><br>Debtor. | Honorable Eamonn J. O'Hagan<br><br>Chapter 7 |

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Scott J. Freedman, being of full age, certify as follows:

1. Dilworth Paxson LLP ("Dilworth") seeks retention as special counsel to represent Daniel E. Straffi, Chapter 7 Trustee (the "Trustee") in connection with, among other things, with claims, causes of action, adversary proceedings and/or or other adversarial matters that are being, and/or may be, pursued by the Trustee in connection with the above-captioned bankruptcy case.

2. Dilworth has extensive experience and knowledge in debtors' and creditors' rights, bankruptcy litigation and dispute resolution, and is otherwise well-qualified to serve as the Trustee's special counsel.

3. I am an attorney-at-law duly admitted to practice in the state of New Jersey and before this Court, and a partner at Dilworth. My mailing address is 457 Haddonfield Road, Suite 700, Cherry Hill, New Jersey 08002.

4. The proposed arrangement for compensation, including hourly rates, if applicable: Dilworth would be paid its customary hourly rates in effect from time to time and reimbursed for expenses incurred after the appointment date pursuant to the firm's customary reimbursement policies and in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and the guidelines established by the Office of the United States Trustee. The hourly rates applicable to this matter are as follows:

| | |
|---|---|
| Partners: | $550 to $775 per hour |
| Associates: | $350 to $500 per hour |
| Paralegals: | $150 to $250 per hour |

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

■ None

☐ Describe connection

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

■ Describe connection:

Dilworth currently represents Mr. Straffi, in his capacity as bankruptcy trustee, and other Chapter 7 trustees, in bankruptcy cases unrelated to this case.

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

■ do not hold an adverse interest to the estate.

■ do not represent an adverse interest to the estate.

■ are disinterested under 11 U.S.C. § 101(14)

■ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other.

8. If the professional is an auctioneer, the following are my qualifications and experience with the liquidation or sale of similar property: Not Applicable

a. The proposed method of calculation of my compensation, including rates and formula is: Not Applicable.

☐ Pursuant to D.N.J. LBR 2014-2, I do ☐ or do not ☐ request a waiver of the requirements of D.N.J. LBR 2016-1.

b. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from sale proceeds: Not Applicable.

c. Have you or a principal of your firm ever been convicted of any criminal offense?

☐ No ☐ Yes (explain below) Not Applicable.

d. I certify that a surety bond described in D.N.J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: Not Applicable.

I certify under penalty of perjury that the above information is true.

Dated: August 6, 2026

/s/ Scott J. Freedman
Signature of Professional

Scott J. Freedman
Name of Professional