UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
Ph. (732) 341-3800
bktrustee@straffilaw.com

In Re:
Flexfll LLC

Case No.: 26-15395

Chapter: 7

Judge: EJO

**ORDER AUTHORIZING RETENTION OF**

SPECIAL COUNSEL TO TRUSTEE

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain Dilworth Paxson LLP as Special Counsel, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: 457 Haddonfield Rd. Ste. 700
   Cherry Hill, NJ 08802

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.