| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>STRAFFI & STRAFFI<br>670 Commons Way<br>Toms River, NJ 08755<br>Ph. (732) 341-3800<br>bktrustee@straffilaw.com | Case No.: 26-15395<br><br>Chapter: 7 |
| In Re:<br><br>Flexfill LLC | Adv. No.: ______<br><br>Hearing Date: ______<br><br>Judge: EJO |

**CERTIFICATION OF SERVICE**

1. I, Daniel E. Straffi :

☒ represent Trustee in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☐ am the ______________ in this case and am representing myself.

2. On 8/11/26, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Application for Retention of Special Counsel on Behalf of Trustee with attachments

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/11/26

/s/ Daniel E. Straffi
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Trustee's Office<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Flexfill LLC<br>10 Nassau St.<br>STE 31<br>Princeton, NJ 08542 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Law Offices of Levitt and Kazan<br>60 Park Pl.<br>Ste 305<br>Newark, NJ 07102<br>Attn: Carl Levitt, Esq. | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dilworth Paxson LLP<br>457 Haddonfield Road, Suite 700<br>Cherry Hill, NJ 08002<br>Attn: Scott J. Freedman | Special Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |